STATE OF NEW JERSEY v. OSVALDO FEBLES, *ET AL.*

September 21, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. MACK B. WILSON.

September 21, 1972. Petition for certification denied.

MOUNTAIN HILL PROPERTIES, INC. v. TOWNSHIP COMMITTEE OF THE TOWNSHIP OF MIDDLETOWN.

September 26, 1972. Petition for certification granted.

ELADIO S. LEON v. BOARD OF REVIEW, DIVISION OF EMPLOYMENT SECURITY, *ET AL.*

September 26, 1972. Pettiion for certification granted.

F. S. DONAHUE, *ET AL.* v.
GEORGE F. KUGLER, JR., ATTORNEY GENERAL, *ET AL.*

September 26, 1972. Petition for certification granted.

IN THE MATTER OF PETER BRIDGE,
CHARGED WITH CONTEMPT.

September 26, 1972. Petition for certification denied.